

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **WAYNE COLE,** | **Civ. No. 06-381-HO** |
| Petitioner, | **ORDER DISMISSING HABEAS CORPUS PETITION** |
| v. | |
| **SHARON BLACKETTER,** | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely*

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 18th day of August, 2008.

_____
THE HONORABLE MICHAEL R. HOGAN
U.S. District Court Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lester Huntsinger (by consent)
Attorney for Respondent